# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lynda Forgette, Pamela Krause, Fred Anthony Reyes, David Strobel, Larry Koontz, and Deborah Koontz, on behalf of themselves, and a class of persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FreeLife International, Inc., a Connecticut corporation,<br><br>Defendant. | CV 09-1159-PHX-JAT<br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 79) and Rule 41(a), Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 16th day of August, 2010.

_____
James A. Teilborg
United States District Judge